IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. BRADIX, | No. C 12-2096 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE; SETTING NEW BRIEFING AND HEARING SCHEDULE** |
| v. | |
| SETON MEDICAL CENTER, ET AL., | |
| Defendants. | |

On August 31, 2012 Plaintiff requested a continuance of the hearing date on Defendants' motion to dismiss, which is currently set for September 28, 2012. Plaintiff's request is hereby **GRANTED** and the Court sets the new hearing date as Friday, October 12, 2012 at 9 A.M., with the new briefing schedule as follows: Plaintiff's opposition to Defendants' motion to dismiss due **September 14, 2012**; Defendants' reply due **September 21, 2012**. This order resolves docket number 24.

.

**IT IS SO ORDERED.**

Dated: September 4, 2012

SUSAN ILLSTON
United States District Judge