**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11    ELIZABETH A. BRADIX,                    No. C-12-2096-JST (DMR)

12             Plaintiff,                     **ORDER RE SEALED TRANSCRIPT**

13        v.

14    SETON MEDICAL CENTER, ET AL,

15             Defendants.
                                         /
16

17        On May 13, 2013, the undersigned held a settlement conference in the above matter, and a

18   confidential agreement was placed on the record following that day's conference.  The undersigned

19   hereby ORDERS that any transcript of that proceeding be filed and maintained under seal.

20        However, the court reporters are directed to provide counsel for any party in this matter with

21   a transcript of that day's proceedings upon their request and without further order.

22        IT IS SO ORDERED.

23

24   Dated: May 13, 2013

25
                                         _____
26                                       DONNA M. RYU
                                         United States Magistrate Judge
27

28