UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. BRADIX,<br><br>    Plaintiff,<br><br>    v.<br><br>SETON MEDICAL CENTER, et al.,<br><br>    Defendants. | Case No. 12-cv-02096-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 63 |

The court's docket reflects on May 13, 2013, that the parties have settled this action. *See* Dkt. No. 63. Accordingly, all deadlines and hearings in this case are VACATED. By June 28, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 14, 2013

                                                           _____<br>
                                                           JON S. TIGAR<br>
                                                           United States District Judge