UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH A. BRADIX,

    Plaintiff,

v.

SETON MEDICAL CENTER, et al.,

    Defendants.

Case No. 12-cv-02096-JST

**ORDER TO FILE STIPULATION FOR DISMISSAL**

Re: ECF No. 67

The parties stated on the record on May 13, 2013, that they settled this action. ECF No. 63. The Court ordered the parties to file by June 28, 2013, a stipulation for dismissal or a one-page statement explaining why they could not file that stipulation. ECF No. 65. On June 28, 2013, the parties filed a joint statement explaining that "[t]he settlement and general release agreement document was more complicated than anticipated" and that they anticipate that they will be able to file a stipulation for dismissal by July 8, 2013. ECF No. 67.

In light of the foregoing, the Court orders the parties to file a stipulation for dismissal by July 12, 2013. Any continuance of this deadline requires a showing of good cause. Failure to comply with the deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: June 28, 2013

_____
JON S. TIGAR
United States District Judge