1  MCCARTHY & MCCARTHY, LLP
   SHERYL A. TRAUM (Bar No. 139328) (straum@mccarthyllp.com)
2  492 Ninth Street, Suite 220
   Oakland, CA 95607
3  Telephone: (510)839-8100

4  Attorneys for Plaintiff ELIZABETH BRADIX

5

   JEFFER MANGELS BUTLER & MITCHELL LLP
6  LOUISE ANN FERNANDEZ (Bar No. 86263)
   AN NGUYEN RUDA (Bar No. 215453) (ahn@jmbm.com)
7  1900 Avenue of the Stars, Seventh Floor
   Los Angeles, California  90067-4308
8  Telephone:  (310) 203-8080, Facsimile:  (310) 203-0567

9  Attorneys for Defendants SETON MEDICAL CENTER and
   DAUGHTERS OF CHARITY HEALTH SYSTEMS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL DIVISION

| | |
|---|---|
| ELIZABETH A. BRADIX, an individual<br><br>Plaintiff,<br><br>v.<br><br>SETON MEDICAL CENTER, a California corporation; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California corporation; and DOES 1 through 500,<br><br>Defendants. | CASE NO.     3:12-cv-02096 (JST)<br><br>**Complaint Filed**: April 26, 2012<br><br>[~~Proposed~~] **Order Re Stipulation of Dismissal**<br><br>**[FRCP 41(a)(1)]** |

1  Having received the signed Stipulation of Dismissal from Plaintiff, Elizabeth Ann Bradix
2  ("Plaintiff") and Defendants Seton Medical Center and Daughters of Charity Health Systems
3  ("Defendants"), by and through their counsel of record, and pursuant to Federal Rules of Civil
4  Procedure 41(a)(1), the Court hereby dismisses Plaintiff's entire action, with prejudice.  The Parties
5  hereto shall bear their own fees and costs, and shall be bound to carry out the terms of their
6  settlement as more fully set forth in the settlement and release agreement entered between them.
7  IT IS SO ORDERED.

Dated:  July 15, 2013                    By: _____
                                         JON S. TIGAR
                                         United States District Judge